**MEANSNO, ApFeeDeferred, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Illinois (Eastern Division)
## Bankruptcy Petition #: 21-01528

*Assigned to:* Honorable Judge Deborah L. Thorne
Chapter 7
Voluntary
Asset

*Date filed:* 02/04/2021
*Debtor discharged:* 05/03/2021
*341 meeting:* 03/01/2021
*Deadline for filing claims:* 07/22/2022
*Deadline for filing claims (govt.):* 07/22/2022
*Deadline for objecting to discharge:* 04/30/2021

*Debtor disposition:* Standard Discharge

*Debtor 1*
**Eugene Nakhshin**
2604 N. Windsor Drive, Apt. 307
Arlington Heights, IL 60004
COOK-IL
SSN / ITIN: xxx-xx-1315

represented by **David Freydin**
Law Offices of David Freydin Ltd
8707 Skokie Blvd
Suite 312
Skokie, IL 60077
630-516-9990
Fax : 866-897-7577
Email: david.freydin@freydinlaw.com

*Trustee*
**David R Herzog**
David Herzog, Chapter 7 Trustee
Law Offices of David R Herzog
53 W Jackson Blvd
Ste 1442
Chicago, IL 60604
312-977-1600

represented by **Monica C O'Brien**
Gregory K. Stern, P.C.
53 West Jackson Boulevard, Suite 1442
Chicago, IL 60604
312-427-1558
Email: monica@gregstern.com

**Dennis E. Quaid**
Gregory K. Stern, P.C.
53 West Jackson Blvd
Suite 1442
Chicago, IL 60604
312-427-1558
Fax : 312-427-1289
Email: dquaid3@gmail.com

**Rachel S Sandler**
Gregory K. Stern, P.C.
53 West Jackson Boulevard, Suite 1442
Chicago, IL 60604
(312) 427-1558
Email: rachel@gregstern.com

**Gregory K Stern**
Gregory K. Stern, P.C.
53 West Jackson Blvd.
Suite 1442
Chicago, IL 60604
312 427-1558
Fax : 312 427-1289
Email: greg@gregstern.com

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

| Filing Date | # | Docket Text |
|---|---|---|
| 02/04/2021 | 1 (76 pgs; 2 docs) | Chapter 7 Voluntary Petition for Individual Fee Amount $338, Filed by David Freydin on behalf of Eugene Nakhshin (Attachments: # 1 Signature Pages) (Freydin, David) (Entered: 02/04/2021) |
| 02/04/2021 | 2 (3 pgs) | Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) Filed by David Freydin on behalf of Eugene Nakhshin. (Freydin, David) (Entered: 02/04/2021) |
| 02/04/2021 | 3 (1 pg) | Statement About Your Social Security Numbers Filed by David Freydin on behalf of Eugene Nakhshin. (Freydin, David) (Entered: 02/04/2021) |
| 02/04/2021 | 4 (1 pg) | Certificate of Credit Counseling Filed by David Freydin on behalf of Eugene Nakhshin. (Freydin, David) (Entered: 02/04/2021) |
| 02/04/2021 | 5 | Receipt of Voluntary Petition (Chapter 7)(21-01528) [misc,volp7a] ( 338.00) Filing Fee. Receipt number 43119861. Fee Amount $ 338.00 (Freydin, David) (re:Doc# 1) (U.S. Treasury) (Entered: 02/04/2021) |
| 02/04/2021 | 6 | Meeting of Creditors with 341(a) meeting to be held on 03/01/2021 at 02:30 PM at Appear by Telephone. visit: www.justice.gov/ust-regions-r11/region-11-northern-district-illinois. Objections for Discharge due by 04/30/2021. (Freydin, David) (Entered: 02/04/2021) |
| 02/05/2021 | 7 (2 pgs) | Notice of Chapter 7 Bankruptcy Case. No Proof of Claim Deadline . (Virgen, Vianey) (Entered: 02/05/2021) |
| 02/07/2021 | 8 (5 pgs) | BNC Certificate of Notice - Meeting of Creditors. (RE: 7 Notice of Chapter 7 Bankruptcy Case). No. of Notices: 21. Notice Date 02/07/2021. (Admin.) (Entered: 02/07/2021) |

| | | |
|---|---|---|
| 02/17/2021 | 9<br>(2 pgs; 2 docs) | **PDF Error, Filer Notified to Refile** Certification About a Financial Management Course Filed by David Freydin on behalf of Eugene Nakhshin. (Attachments: # 1 Attachment) (Freydin, David) Modified on 2/18/2021 (Sullivan, Elizabeth). (Entered: 02/17/2021) |
| 02/18/2021 | 10 | CORRECTIVE ENTRY: PDF Error, Filer Notified to Refile (RE: 9 Certification About a Financial Management Course). (Sullivan, Elizabeth) (Entered: 02/18/2021) |
| 02/18/2021 | 11<br>(1 pg) | Personal Financial Management Course for Debtor. (Geving, Allison) (Entered: 02/18/2021) |
| 04/09/2021 | 12<br>(1 pg) | **PDF/Event Error, Filer Notified to Refile** Notice Notice of Appearance and Request for Notice Filed by Alon Stein on behalf of Affiliated Health Group, Ltd.. (Stein, Alon) Modified on 4/12/2021 (Sullivan, Elizabeth). (Entered: 04/09/2021) |
| 04/09/2021 | 13<br>(1 pg) | **PDF/Event Error, Filer Notified to Refile** Notice Notice of Appearance and Request for Notice Filed by Alon Stein on behalf of Affiliated Health Group, Ltd.. (Stein, Alon) Modified on 4/12/2021 (Sullivan, Elizabeth). (Entered: 04/09/2021) |
| 04/12/2021 | 14 | CORRECTIVE ENTRY: PDF/Event Error, Filer Notified to Refile (RE: 12 Notice, 13 Notice). (Sullivan, Elizabeth) (Entered: 04/12/2021) |
| 04/13/2021 | 15<br>(1 pg) | Appearance Filed by Alon Stein on behalf of Affiliated Health Group, Ltd.. (Stein, Alon) (Entered: 04/13/2021) |
| 04/22/2021 | 16<br>(15 pgs) | Adversary case 21-00066. (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)), (67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)), (68 (Dischargeability - 523(a)(6), willful and malicious injury)): Complaint by Alon AMERICAN HEALTH CENTER, LTD, Alon AMERICAN HEALTH CENTER LTD, ACCESS HEALTH CENTER, LTD, ACU HEALTH CENTER, LTD, ADVANTAGE HEALTH CARE, LTD, AANCHOR HEALTH CENTER, LTD, FORESTVIEW MEDICAL CENTER, LTD, MICHIGAN AVENUE CENTER FOR HEALTH, LTD, ACE HEALTH CENTER, LTD, CENTER FOR FAMILY HEALTH CARE, SC, Vijay L. Goyal, Vinod K. Goyal against Eugene Nakhshin. Fee Amount $350. Status hearing to be held on 5/27/2021 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne. (Stein, Alon) (Entered: 04/22/2021) |
| 05/03/2021 | 17<br>(2 pgs) | Discharge Order Chapter 7 No Asset - Auto (Admin.) (Entered: 05/03/2021) |
| 05/05/2021 | 18<br>(5 pgs) | BNC Certificate of Notice - Order of Discharge. (RE: 17 Discharge Order Chapter 7 No Asset - Auto). No. of Notices: 21. Notice Date 05/05/2021. (Admin.) (Entered: 05/05/2021) |
| 07/30/2021 | 19 | Adversary Case 1:21-ap-66 Closed . (Roman, Felipe) (Entered: 07/30/2021) |

| | | |
|---|---|---|
| 10/12/2021 | 20 (10 pgs; 3 docs) | Notice of Motion and Application to Employ Gregory K. Stern, Dennis Quaid, Monica O'Brien and Rachel Sandler as Attorneys Filed by Gregory K Stern on behalf of David R Herzog. Hearing scheduled for 10/21/2021 at 09:00 AM at Appear Using Zoom for Government - Judge Thorne. (Attachments: # 1 Affidavit # 2 Proposed Order) (Stern, Gregory) Modified on 10/13/2021 **Incorrect Proposed Order Filer Notified to Refile** (Gomez, Denise). (Entered: 10/12/2021) |
| 10/13/2021 | 21 | CORRECTIVE ENTRY: Incorrect Proposed Order Filer Notified to Refile (RE: 20 Application to Employ). (Gomez, Denise) (Entered: 10/13/2021) |
| 10/13/2021 | 22 (1 pg) | Proposed Order - Authorizing Employment of Attorneys Filed by Gregory K Stern on behalf of David R Herzog (RE: 20 Application to Employ). (Stern, Gregory) (Entered: 10/13/2021) |
| 10/21/2021 | 23 (1 pg) | Order Granting Application to Employ Gregory K Stern for David R Herzog, Dennis E. Quaid for David R Herzog, Monica C O'Brien for David R Herzog, Rachel S Sandler for David R Herzog (Related Doc # 20). Signed on 10/21/2021. (Green, Ron) (Entered: 10/22/2021) |
| 03/14/2022 | 24 (38 pgs; 5 docs) | Notice of Motion and Motion for Relief from Stay and Compel Abandonment of 1608 Sycamore Place, Schaumburg, IL 60173. Fee Amount $188, Filed by Peter C Bastianen on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. Hearing scheduled for 3/31/2022 at 09:00 AM at Appear Using Zoom for Government - Judge Thorne. (Attachments: # 1 Proposed Order Relief Order # 2 Proposed Order Abandonment Order # 3 Statement Accompanying Relief From Stay # 4 Loan Documents) (Bastianen, Peter) (Entered: 03/14/2022) |
| 03/15/2022 | 25 | Receipt of Motion for Relief from Stay and Compel Abandonment( 21-01528) [motion,mrlfabn] ( 188.00) Filing Fee. Receipt number A44539697. Fee Amount $ 188.00 (Bastianen, Peter) (re:Doc# 24) (U.S. Treasury) (Entered: 03/15/2022) |
| 03/24/2022 | 26 (6 pgs; 3 docs) | Notice of Motion and Application to Employ Alfred Cohen and Jennings Realty, Inc. as Real Estate Broker Filed by Gregory K Stern on behalf of David R Herzog. Hearing scheduled for 3/31/2022 at 09:00 AM at Appear Using Zoom for Government - Judge Thorne. (Attachments: # 1 Proposed Order # 2 Affidavit) (Stern, Gregory) (Entered: 03/24/2022) |
| 03/24/2022 | 27 (2 pgs) | Notice of Objection Filed by Gregory K Stern on behalf of David R Herzog (RE: 24 Motion for Relief from Stay and Compel Abandonment). (Stern, Gregory) (Entered: 03/24/2022) |
| 03/31/2022 | 28 | (E)Hearing Continued (RE: 24 Relief from Stay and Compel Abandonment). hearing scheduled for 06/30/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne.. Signed on 03/31/2022. (Smith, Lester) (Entered: 03/31/2022) |

| | | |
|---|---|---|
| 03/31/2022 | [29](#) (1 pg) | Order Granting Application to Employ Alfred Cohen, and Jennings Realty, Inc. (Related Doc # [26](#)). Signed on 3/31/2022. (Clarke, Jody) (Entered: 04/01/2022) |
| 04/14/2022 | [30](#) (6 pgs; 2 docs) | Notice of Motion and Motion to Authorize Chapter 7 Trustee to Take Possession of and Secure Real Property Filed by Gregory K Stern on behalf of David R Herzog. Hearing scheduled for 4/21/2022 at 09:00 AM at Appear Using Zoom for Government - Judge Thorne. (Attachments: # [1](#) Proposed Order) (Stern, Gregory) (Entered: 04/14/2022) |
| 04/20/2022 | 31 | Initial Report of Assets Trustee has found assets in this estate to be administered for the benefit of creditors, or believes there is a likelihood that such assets will be recovered within a reasonable period of time. The Trustee requests that notice be sent to creditors fixing time for filing claims. Filed by Trustee David R Herzog (RE: 6 Meeting of Creditors 7 (No Asset Individual)). (Herzog, David) (Entered: 04/20/2022) |
| 04/21/2022 | [32](#) (1 pg) | Notice Fixing Time For Filing . Proofs of Claims due by 7/22/2022. Government Proof of Claim due by 7/22/2022. (Reed, Yashica) (Entered: 04/21/2022) |
| 04/21/2022 | [33](#) (1 pg) | Order Granting Motion to Authorize (Related Doc # [30](#)). Signed on 4/21/2022. (Harris, Stephanie) (Entered: 04/22/2022) |
| 04/23/2022 | [34](#) (4 pgs) | BNC Certificate of Notice - Notice Fixing Time for Filing Claims (RE: [32](#) Notice Fixing Time For Filing). No. of Notices: 20. Notice Date 04/23/2022. (Admin.) (Entered: 04/23/2022) |
| 05/10/2022 | 35 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Conducted or filed a document required by rule or statute related to a meeting of creditors required by 11 U.S.C. Section 341. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 5/10/2022) Filed by Trustee David R Herzog (RE: 6 Meeting of Creditors 7 (No Asset Individual)). (Herzog, David) (Entered: 05/10/2022) |
| 06/30/2022 | 36 | (E)Hearing Continued (RE: [24](#) Relief from Stay and Compel Abandonment). hearing scheduled for 08/25/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne.. Signed on 06/30/2022. (Smith, Lester) (Entered: 06/30/2022) |
| 07/12/2022 | 37 | Trustee Payment Under 11 U.S.C. Section 330(e) Processed for $60.00. Voucher Number ILNBCLERK22-0723 (Jernigan, Toni) (Entered: 07/13/2022) |
| 07/21/2022 | [38](#) (23 pgs; 3 docs) | Notice of Motion and Motion to Sell Property Free and Clear of Liens 363(f) - 1608 Sycamore Place, Schaumburg, Illinois. Fee Amount $188,, Notice of Motion and Motion to Use Sell or Lease Property 363(b) - 1608 Sycamore Place, Schaumburg, Illinois. Filed by Gregory K Stern on behalf of David R Herzog. Hearing scheduled for 8/18/2022 at 09:00 AM at Appear Using Zoom for Government - Judge Thorne. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order # 2 Exhibit) (Stern, Gregory) (Entered: 07/21/2022) |
| 07/21/2022 | 39 (23 pgs; 3 docs) | Notice of Motion and Motion to Sell Property Free and Clear of Liens 363(f) - 2604 North Windsor Drive, Unit 307, Arlington Heights, Illinois. Fee Amount $188,, Notice of Motion and Motion to Use Sell or Lease Property 363(b) - 2604 North Windsor Drive, Unit 307, Arlington Heights, Illinois. Filed by Gregory K Stern on behalf of David R Herzog. Hearing scheduled for 8/18/2022 at 09:00 AM at Appear Using Zoom for Government - Judge Thorne. (Attachments: # 1 Proposed Order # 2 Exhibit) (Stern, Gregory) (Entered: 07/21/2022) |
| 07/21/2022 | 40 | Receipt of Motion to Sell Property Free and Clear of Liens 363(f)( 21-01528) [motion,msell] ( 188.00) Filing Fee. Receipt number A44995779. Fee Amount $ 188.00 (Stern, Gregory) (re:Doc# 38) (U.S. Treasury) (Entered: 07/21/2022) |
| 07/21/2022 | 41 | Receipt of Motion to Sell Property Free and Clear of Liens 363(f)( 21-01528) [motion,msell] ( 188.00) Filing Fee. Receipt number A44995779. Fee Amount $ 188.00 (Stern, Gregory) (re:Doc# 39) (U.S. Treasury) (Entered: 07/21/2022) |
| 07/22/2022 | 42 (1 pg) | Notice of Appearance and Request for Notice Filed by Dana N O'Brien on behalf of Nationstar Mortgage LLC. (O'Brien, Dana) (Entered: 07/22/2022) |
| 07/26/2022 | 43 (1 pg) | Appearance Filed by Ronald J. Kapustka on behalf of Windsor Woods Apartment Homes Condominium Association. (Kapustka, Ronald) (Entered: 07/26/2022) |
| 07/28/2022 | 44 (7 pgs; 2 docs) | Adversary case 22-00124. (31 (Approval of sale of property of estate and of a co-owner - 363(h))): Complaint by David R. Herzog, Chapter 7 Trustee against Irina Nakhshin. (ApFee Deferred) Fee Amount $350. Status hearing to be held on 9/29/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne. (Attachments: # 1 Adversary Cover Sheet) (Stern, Gregory) (Entered: 07/28/2022) |
| 08/18/2022 | 45 | (E)Hearing Continued (RE: 38 Sell Property Free and Clear of Liens 363(f); Use Sell or Lease Property 363(b)). hearing scheduled for 09/01/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne.. Signed on 08/18/2022. (Smith, Lester) (Entered: 08/18/2022) |
| 08/18/2022 | 46 | (E)Hearing Continued (RE: 39 Sell Property Free and Clear of Liens 363(f); Use Sell or Lease Property 363(b)). hearing scheduled for 09/01/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne.. Signed on 08/18/2022. (Smith, Lester) (Entered: 08/18/2022) |
| 08/25/2022 | 47 | (E)Hearing Continued (RE: 24 Relief from Stay and Compel Abandonment). hearing scheduled for 09/29/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne.. Signed on 08/25/2022. (Smith, Lester) (Entered: 08/25/2022) |

| | | |
|---|---|---|
| 08/29/2022 | [48](#) (5 pgs) | Supplement Filed by Gregory K Stern on behalf of David R Herzog (RE: [38](#) Motion to Sell Property Free and Clear of Liens 363(f), Motion to Use Sell or Lease Property 363(b), [39](#) Motion to Sell Property Free and Clear of Liens 363(f), Motion to Use Sell or Lease Property 363(b)). (Stern, Gregory) (Entered: 08/29/2022) |
| 08/29/2022 | [49](#) (2 pgs) | Notice of Filing Filed by Gregory K Stern on behalf of David R Herzog (RE: [48](#) Supplement). (Stern, Gregory) (Entered: 08/29/2022) |
| 09/01/2022 | [50](#) (4 pgs; 3 docs) | Supplement Filed by Gregory K Stern on behalf of David R Herzog (RE: [39](#) Motion to Sell Property Free and Clear of Liens 363(f), Motion to Use Sell or Lease Property 363(b)). (Attachments: # [1](#) Exhibit # [2](#) Proposed Order) (Stern, Gregory) (Entered: 09/01/2022) |
| 09/01/2022 | [51](#) (3 pgs; 2 docs) | Supplement Filed by Gregory K Stern on behalf of David R Herzog (RE: [39](#) Motion to Sell Property Free and Clear of Liens 363(f), Motion to Use Sell or Lease Property 363(b)). (Attachments: # [1](#) Exhibit) (Stern, Gregory) (Entered: 09/01/2022) |
| 09/01/2022 | 52 | (E)Hearing Continued (RE: [38](#) Sell Property Free and Clear of Liens 363(f); Use Sell or Lease Property 363(b)). hearing scheduled for 09/22/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne.. Signed on 09/01/2022. (Smith, Lester) (Entered: 09/01/2022) |
| 09/01/2022 | 53 | (E)Hearing Continued (RE: [39](#) Sell Property Free and Clear of Liens 363(f); Use Sell or Lease Property 363(b)). hearing scheduled for 09/22/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne.. Signed on 09/01/2022. (Smith, Lester) (Entered: 09/01/2022) |
| 09/22/2022 | 54 | (E)Hearing Continued (RE: [38](#) Sell Property Free and Clear of Liens 363(f); Use Sell or Lease Property 363(b)). hearing scheduled for 09/29/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne.. Signed on 09/22/2022. (Smith, Lester) (Entered: 09/22/2022) |
| 09/22/2022 | 55 | (E)Hearing Continued (RE: [39](#) Sell Property Free and Clear of Liens 363(f); Use Sell or Lease Property 363(b)). hearing scheduled for 09/29/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne.. Signed on 09/22/2022. (Smith, Lester) (Entered: 09/22/2022) |
| 09/28/2022 | [56](#) (10 pgs) | Memorandum Opinion (RE: [38](#) Motion to Sell Property Free and Clear of Liens 363(f), Motion to Use Sell or Lease Property 363(b), [39](#) Motion to Sell Property Free and Clear of Liens 363(f), Motion to Use Sell or Lease Property 363(b)). (Cox, Adam) (Entered: 09/28/2022) |

| | | |
|---|---|---|
| 09/29/2022 | 57 (1 pg) | Order Denying Motion To Sell Property Free and Clear of Liens 363(f) (Related Doc # 38), Denying Motion to Use Sell or Lease Property 363(b) (Related Doc # 38), Denying Motion To Sell Property Free and Clear of Liens 363(f) (Related Doc # 39), Denying Motion to Use Sell or Lease Property 363(b) (Related Doc # 39). Signed on 9/29/2022. (Mendoza, Catherine) (Entered: 09/29/2022) |
| 09/29/2022 | 58 (1 pg) | Order Abandoning The Trustee's Interest (Related Doc # 24). Signed on 9/29/2022. (Corona, Christina) (Entered: 09/30/2022) |
| 10/12/2022 | 59 (4 pgs; 3 docs) | Notice of Appeal to District Court. Filed by Gregory K Stern on behalf of David R Herzog. Fee Amount $298 (RE: 57 Order on Motion To Sell Property Free and Clear of Liens 363(f), Order on Motion to Use Sell or Lease Property 363(b), Order on Motion To Sell Property Free and Clear of Liens 363(f), Order on Motion to Use Sell or Lease Property 363(b)). Appellant Designation due by 10/26/2022. Transmission of Record Due no later than 11/14/2022. (Attachments: # 1 Civil Cover Sheet # 2 Order - Docket No. 57)(Stern, Gregory) (Entered: 10/12/2022) |
| 10/12/2022 | 60 | Receipt of Notice of Appeal( 21-01528) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A45298253. Fee Amount $ 298.00 (Stern, Gregory) (re:Doc# 59) (U.S. Treasury) (Entered: 10/12/2022) |
| 10/13/2022 | 61 | Adversary Case 1:22-ap-124 Closed . (Green, Ron) (Entered: 10/13/2022) |
| 10/13/2022 | 62 (1 pg) | Certificate of Service (RE: 59 Notice of Appeal). (Bowles, Aaron) (Entered: 10/13/2022) |